# Third District Court of Appeal

**State of Florida**

Opinion filed December 9, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1430
Lower Tribunal No. 75-2374B
_____

**Ronald Clifford Chandler,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Charles K. Johnson, Judge.

Ronald Clifford Chandler, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LINDSEY, LOBREE, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See <u>Doyle v. State</u>, 615 So. 2d 278, 278 (Fla. 3d DCA 1993) ("[A] a trial court does not have the authority to order that a Florida sentence be served concurrently with another jurisdiction's sentence.  Instead, the trial court's order is a recommendation." (citing <u>Schlosser v. Singletary</u>, 597 So. 2d 304 (Fla. 2d DCA 1991))).